UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SAMIR AHAMD,

    Petitioner,

v.                                                                       Case No: 5:25-cv-554-WFJ-PRL

WARDEN, FCC COLEMAN LOW,

    Respondent.

### ORDER

Petitioner initiated this case on September 8, 2025, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* Doc. 1. Petitioner failed to pay the required filing fee or file to request to proceed as a pauper within thirty days of the commencement of the case. *See* Doc. 2 at 1–2. Thus, this case is dismissed without prejudice. *See* 28 U.S.C. § 1914(a); *see also* Local Rule 6.04(b).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** shall enter judgment and close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 15, 2025.

*[signature]*
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Pro Se Party